**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |
|---|---|
| BERNICE JUSTICE, individually and on behalf of THE ESTATE OF RANDOLPH JUSTICE,<br><br>   Plaintiff,<br><br>   v.<br><br>MONSANTO COMPANY and BAYER AG,<br><br>   Defendants. | No. _____ |

### DEFENDANT MONSANTO COMPANY'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 (and any other applicable laws), Defendant Monsanto Company ("Monsanto"), hereby gives notice of removal of this action, captioned *Bernice Justice, individually and on behalf of The Estate of Randolph Justice v. Monsanto Company, and Bayer AG,* bearing Case Number 25PL07-0294, from the Court of Common Pleas of Knox County, Ohio to the United States District Court for the Southern District of Ohio. Pursuant to 28 U.S.C. § 1446(a), Monsanto provides the following statement of grounds for removal.

### Introduction

1.     In this products liability lawsuit, Plaintiff Bernice Justice sues Monsanto and Bayer AG for injuries and death allegedly caused by Monsanto's Roundup®-branded herbicides, which have glyphosate as their active ingredient. For decades, farmers have used glyphosate-based herbicides to increase crop yields, and homeowners, landscaping companies, and local government agencies have used these herbicides for highly effective weed control. Glyphosate is one of the most thoroughly studied herbicides in the world, and glyphosate-based herbicides have received

regulatory approval in more than 160 countries. Since 1974, when Monsanto first introduced a Roundup®-branded herbicide to the marketplace, the United States Environmental Protection Agency repeatedly has concluded that glyphosate does not cause cancer. Nevertheless, Plaintiff alleges that exposure to Monsanto's Roundup®-branded, glyphosate-based herbicides caused decedent's cancer — specifically, non-Hodgkin's Lymphoma ("NHL") — and death.

2.      This is one of many lawsuits that have been filed against Monsanto involving Roundup®-branded herbicides. A multidistrict litigation ("MDL") proceeding is pending in the United States District Court for the Northern District of California, before the Honorable Vince G. Chhabria, pursuant to 28 U.S.C. § 1407. *See In re Roundup Prods. Liab. Litig.*, No. 3:16-md-02741-VC (N.D. Cal.); *In re Roundup Prods. Liab. Litig.*, MDL No. 2741, 214 F. Supp. 3d 1346 (J.P.M.L. 2016).

3.      As discussed in more detail below, Monsanto removes this lawsuit because this Court has subject matter jurisdiction based on diversity of citizenship. Plaintiff is a citizen of Ohio, as was decedent before her death. For purposes of diversity jurisdiction, none of the Defendants are citizens of Ohio. Accordingly, complete diversity of citizenship exists in this case as required by 28 U.S.C. § 1332. The statutory amount-in-controversy requirement is also satisfied because Plaintiff seeks damages for cancer and death allegedly caused by exposure to Monsanto's Roundup®-branded herbicides.

<u>**Background and Procedural History**</u>

4.      Plaintiff commenced this lawsuit in the Court of Common Pleas of Knox County, Ohio by filing a complaint, captioned *Bernice Justice, individually and on behalf of The Estate of Randolph Justice v. Monsanto Company, and Bayer AG*, bearing Case Number 25PL07-0294 on or about July 22, 2025 (the "State Court Action").

5.    Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Summons and Complaint (and other pleadings) served upon Monsanto in the State Court Action are attached as Exhibit 1. This lawsuit seeks damages for NHL and death allegedly caused by exposure to Monsanto's glyphosate-based herbicides. *See, e.g.*, Complaint ¶¶ 1–3, 16–17.

**Basis For Removal — Diversity Jurisdiction**

6.    Plaintiff is, and was at the time the State Court Action was filed, a resident and citizen of the State of Ohio, as was decedent before and when she died. *See* Complaint ¶ 16–19.

7.    Monsanto is, and was at the time the State Court Action was filed, a corporation incorporated under the laws of the State of Delaware, with its principal place of business in the State of Missouri. *See* Complaint ¶ 8. Thus, Monsanto is deemed to be a citizen of Missouri and Delaware, for purposes of federal diversity jurisdiction.

8.    Bayer AG is, and was at the time the State Court Action was filed, a German stock company with its principal place of business in Germany. *See* Complaint ¶ 12. Accordingly, Bayer AG is deemed to be a citizen of Germany, a foreign citizen, for purposes of diversity jurisdiction.

9.    The Complaint seeks compensatory damages based on the allegations that Monsanto's Roundup®-branded herbicides caused decedent's cancer (NHL) and death. Therefore, it is plausible from the face of the Complaint that this lawsuit seeks damages in excess of $75,000, exclusive of interest and costs, which satisfies the jurisdictional amount-in-controversy requirement. 28 U.S.C. § 1332(a); *see Dart Cherokee Basin Operating Co. v. Owens*, 574 U.S. 81, 89 (2014) ("[A] defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold."). In fact, numerous other lawsuits seeking damages for cancer allegedly caused by Roundup®-branded herbicides have been filed against Monsanto in other federal courts asserting jurisdiction under §1332(a) and alleging damages in excess of $75,000, exclusive of interest and costs.

10. In sum, this Court has original subject matter jurisdiction over this action based on § 1332(a) because there is complete diversity of citizenship and the amount in controversy exceeds $75,000, exclusive of costs and interest.

## Procedural Requirements

11. The Court of Common Pleas of Knox County, Ohio is located within the Southern District of Ohio. Therefore, removal to this Court satisfies the venue requirements of 28 U.S.C. § 1446(a).

12. Monsanto received notice of process on February 13, 2026. This Notice of Removal is timely, in accordance with 28 U.S.C. § 1446(b)(1), because it is being filed within 30 days of February 13, 2026.

13. Bayer AG has not been served in this lawsuit, meaning its consent to removal is not required.

14. The written notice required by 28 U.S.C. § 1446(d) will be promptly filed in the Court of Common Pleas of Knox County, Ohio and will be promptly served on Plaintiff.

15. Monsanto does not waive any defenses and expressly reserves its right to raise any and all defenses in future proceedings.

16. If any question arises as to the propriety of this removal, Monsanto requests the opportunity to present written and oral argument in support of removal.

## Conclusion

For the foregoing reasons, Monsanto removes this lawsuit to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 (and any other applicable laws).

5

Dated:  March 13, 2026                          Respectfully submitted,

                                                */s/ Rachel N. Byrnes*
                                                John Q. Lewis (0067235)
                                                Rachel N. Byrnes (0097736)
                                                NELSON MULLINS RILEY & SCARBOROUGH LLP
                                                1100 Superior Avenue, Suite 2000
                                                Cleveland, OH  44114
                                                Telephone:  216-304-6104
                                                Facsimile: 216-553-4275
                                                john.lewis@nelsonmullins.com
                                                rachel.byrnes@nelsonmullins.com

                                                *Attorneys for Defendant Monsanto Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 13, 2026, a true and accurate copy of the foregoing was filed

with the Court. In addition, the foregoing was sent via e-mail to the following counsel of record:

James G. O'Brien
Bey & Associates
405 Madison Avenue, 10th Floor
Toledo, OH 43604
Telephone: 513.506.1515
jim@beyandassociates.com
Counsel for Plaintiffs


By: */s/ Rachel N. Byrnes*
    Rachel N. Byrnes